JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEMNESIS, LLC, a California limited liability company; DEVAN DAY, an individual; and BLAKE POWERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN WADE, an individual; NICK SUDDARTH, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 18-2864-DMG (RAOx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [20]** |

The parties herein, including Plaintiffs ANEMNESIS, LLC, a California limited liability company, DEVAN DAY, an individual, and BLAKE POWERS, an individual (collectively, "Plaintiffs"), on the one hand, and Defendants RYAN WADE, an individual, and NICK SUDDARTH, an individual (collectively, "Defendants") having entered into a stipulation to dismiss all causes of action herein with prejudice, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' entire Complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

3. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: June 26, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2018, this STIPULATON FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON was electronically filed with the Clerk of the Court using the CM/ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____/s/_ John M. Begakis_____

JOHN M. BEGAKIS